GARY M. RESTAINO
United States Attorney
District of Arizona
RYAN P. DEJOE
ROBERT A. FELLRATH
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Ryan.DeJoe@usdoj.gov
Email: Robert.Fellrath@usdoj.gov
Attorneys for Plaintiff

FILED

2022 DEC 28  PM 5: 01

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | S E C O N D |
|---|---|
| Plaintiff, | S U P E R S E D I N G |
| vs. | I N D I C T M E N T |
| 1. Aureliano Guzmán-Loera, aka Mario Aureliano Guzman-Loera, aka Guano, aka KI, aka Chente, aka Mr. W, aka Wuano, aka *kitttttttttGGgGG (Count 1) | CR 18-1840-TUC-RCC (JR)<br><br>Violations: |
| 3. FNU LNU, aka Adrian, aka Cachorro, (Count 1) | 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(vi), (b)(1)(A)(i) (b)(1)(A)(ii)(II) |
| 4. FNU LNU, aka Compa, (Count 1) | (Conspiracy to Possess with Intent to Distribute Fentanyl, Heroin, and Cocaine) |
| 5. FNU LNU, aka Guera, aka Lucky Charms, aka Osa, (Count 1) | Count 1<br><br>21 U.S.C. §853 |
| 7. FNU LNU, aka Ochoa, aka Davidson, (Count 1) | (Forfeiture) |
| Defendants. | |

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown, to on or about March 24, 2018, at or near Rio Rico, in the District of Arizona and elsewhere, **AURELIANO GUZMÁN-LOERA**, aka Mario Aureliano Guzman-Loera, aka Guano, aka KI, aka Chente, aka Mr. W, aka Wuano, aka *kittttttttGGgGG; **FNU LNU**, aka ADRIAN, aka Cachorro; **FNU LNU**, aka COMPA; **FNU LNU**, aka GUERA, aka Lucky Charms; and **FNU LNU**, aka OCHOA, aka Davidson, did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, 1 kilogram or more of heroin, a Schedule I controlled substance, and 5 kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A)(vi), (b)(1)(A)(i), and (b)(1)(A)(ii)(II).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

Upon conviction of the offense in this Indictment, defendants, **AURELIANO GUZMÁN-LOERA**, aka Mario Aureliano Guzman-Loera, aka Guano, aka KI, aka Chente, aka Mr. W, aka Wuano, aka *kittttttttGGgGG; **FNU LNU**, aka ADRIAN, aka Cachorro; **FNU LNU**, aka COMPA; **FNU LNU**, aka GUERA, aka Lucky Charms; and **FNU LNU**, aka OCHOA, aka Davidson, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853:

(a) All right, title, and interest in (1) any property, real or personal, constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the said violation, and (2) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violation;

If any of the forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold

to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendants.

All pursuant to Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: December 28, 2022

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/

RYAN P. DEJOE
Assistant U.S. Attorney

*United States of America v. Aureliano Guzman-Loera, et. al.*
*Second Superseding Indictment Page 3 of 3*